FILED
TIME_____ A.M./P.M.

SEP 1 4 2018

MADISON CIRCUIT COURT
ALLEE COMBS WHICKER, CLERK

CIVIL ACTION NO. 18-CI- 586

MADISON CIRCUIT COURT

RAY CURTIS JONES, JR.                                                    PLAINTIFF

V.                                    **COMPLAINT**

KROGER LIMITED PARTNERSHIP I
        SERVE:        Corporation Service Company, Registered Agent
                      421 West Main Street
                      Frankfort, KY 40601

THE KROGER CO.
        SERVE:        Corporation Service Company, Registered Agent
                      421 West Main Street
                      Frankfort, KY 40601

KROGER DEDICATED LOGISTICS CO.
        SERVE:        Corporation Service Company, Registered Agent
                      421 West Main Street
                      Frankfort, KY 40601

PEYTON'S-SOUTHEASTERN, INC., D/B/A
PEYTON'S MID SOUTH COMPANY
        SERVE:        VIA KENTUCKY SECRETARY OF STATE
                      PURSUANT TO KRS 454.210

                      Corporation Service Company, Registered Agent
                      2908 Poston Avenue
                      Nashville, TN 37203-1312

SENTRY SELECT INSURANCE CO.
        SERVE:        CT Corporation, Registered Agent
                      306 West Main Street, Suite 512
                      Frankfort, KY 40601

UNKNOWN DEFENDANT(S)                                            DEFENDANTS
        SERVE:        WARNING ORDER ATTORNEY

        Comes now the Plaintiff, Ray Curtis Jones, Jr., by counsel, and for his Complaint

against the Defendants herein, states as follows:

                                          I

        Plaintiff is, and was at all times relevant, a resident of Portland, TN.



EXHIBIT
2

**II**

Defendant Kroger Limited Partnership I is a foreign partnership registered with the Kentucky Secretary of State, with its principal office located at 1014 Vine Street, Cincinnati, OH 45202. This Defendant may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

**III**

Defendant The Kroger Co. is a foreign corporation registered with the Kentucky Secretary of State, with its principal office located at 1014 Vine Street, Cincinnati, OH 45202. This Defendant may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

**IV**

Defendant Kroger Dedicated Logistics Co. is a foreign corporation registered with the Kentucky Secretary of State, with its principal office located at 1014 Vine Street, Cincinnati, OH 45202. This Defendant may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

**V**

Defendant Peyton's-Southeastern, Inc. d/b/a Peyton's Mid-South Company ("Peyton's) is a Tennessee corporation with its principal office located at 1014 Vine

2

Street, Cincinnati, OH 45202. This Defendant may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State. The Secretary of State is respectfully notified that this Defendant's registered agent for service of process is Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203-1312.

VI

Defendant Sentry Select Insurance Company ("Sentry") is a Wisconsin insurance company authorized to do the business of insurance in the Commonwealth of Kentucky, with its principal office located at 1800 North Pointe Drive, Stevens Point, WI 54481. Sentry may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, CT Corporation, 306 West Main Street, Suite 512, Frankfort, KY 40601.

VII

The Unknown Defendant(s) are those persons who were acting as the employees, agents and/or servants of one or more of the Defendants who were loading and/or moving the merchandise which fell on Plaintiff and caused his injuries. Service of process should be served on the Unknown Defendant(s) via warning order attorney and, when formally identified, pursuant to the Kentucky Rules of Civil Procedure.

VIII

On or about September 26, 2017, in Madison County, Kentucky, Plaintiff was seriously injured when, while assisting in unloading the trailer of a semi-truck at the Kroger grocery store in Richmond, Kentucky, merchandise from a pallet toppled over on to him.

3

## IX

The merchandise toppled over on to Plaintiff due to the negligence and carelessness of the Unknown Defendant employee(s), agent(s) and/or servant(s) of one or more of the Kroger Defendants, as he/they attempted to move the pallet off the trailer.

## X

Prior to making this delivery, Plaintiff's trailer was negligently and carelessly loaded by Unknown Defendant(s) who are or were employee(s), agent(s) and/or servant(s) of Peyton's, causing the merchandise to topple over while unloading.

## XI

At all times pertinent hereto the Plaintiff exercised an appropriate degree of care for his own safety. The subject incident and injuries were caused entirely by the negligence and carelessness of Unknown Defendant(s) who were employee(s), agent(s) and/or servant(s) of the Kroger Defendants and/or Peyton's.

## XII

At all times pertinent hereto the Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act, KRS 304.39 *et seq.*

## XIII

Kroger Limited Partnership I, The Kroger Co., and/or Kroger Dedicated Logistics Co. is/are vicariously liable for the negligent actions of its/their employee(s), agent(s) and/or servant(s), who committed the aforementioned negligent act while acting in the course and scope of employment, agency and/or servanthood with any of the Kroger

4

Defendants, as he was performing work assigned by one or more of the Kroger Defendants and was engaging in a course of conduct subject to the one or more of the Kroger Defendants' control.

### XIV

Peyton's is vicariously liable for the negligent actions of its employee(s), agent(s) and/or servant(s), who committed the aforementioned negligent act while acting in the course and scope of employment, agency and/or servanthood with Peyton's, as he/she/they was/were performing work assigned by Peyton's and was engaging in a course of conduct subject to Peyton's control.

### XV

At the time of the subject incident Plaintiff was insured by Sentry pursuant to a policy which included Basic Reparations Benefits ("BRB/PIP"). The Plaintiff has fully complied with his obligations under the Sentry policy and all conditions precedent have occurred or been performed.

### XVI

Plaintiff seeks BRB/PIP benefits pursuant to the terms of the contract of insurance with Sentry and the MVRA.

### XVII

As a direct and proximate result of the negligence of Defendants herein, Plaintiff has been injured and damaged. The monetary value of Plaintiff's injuries and damages exceeds the minimum jurisdictional limits of this Court. Plaintiff's injuries and damages include, but are not specifically limited to:

(a)     Medical bills and related expenses, past, present and future;

5

(b)    Lost wages and impairment of earning capacity;

(c)    Physical pain and mental suffering, past present and future; and

(d)    Miscellaneous inconvenience and expense, past, present, and future.

Plaintiff seeks by this action to recover the full monetary value of his injuries and damages together with all available interest at the maximum legal rate.

XVIII

The Madison Circuit Court has jurisdiction over the parties and the subject matter of this litigation. This Court is the appropriate venue for resolution of all disputes as between the parties hereto.

WHEREFORE, the Plaintiff, Ray Curtis Jones, Jr. respectfully prays this Court for relief as follows:

(a)    For judgment against each Defendant in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b)    For Plaintiff's costs incurred in pursuit of this action including reasonable attorney's fees to the extent permitted by law; and

(c)    For any and all other relief to which it may appear Plaintiff is entitled, including a trial by jury.

This /3ᵗʰ day of September, 2018.

6

HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY  42102
(270) 782-6003 Exts. 209, 136
FAX (270) 843-0446
mgoff@hughesandcoleman.com
rhartsock@hughesandcoleman.com

_____

Mariana Goff
Richard W. Hartsock

## CERTIFICATION

        The undersigned does hereby certify that the following entities have been notified of
the pendency of this action by provision of a true and accurate copy of this complaint via
certified mail, return receipt requested, for any and all purposes relating to subrogation
interests which might be asserted herein, underinsured motorist benefits, or any other
purpose which, under law, might mandate notice of the pendency of this action.  Pursuant
to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this
case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights
with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Sentry Insurance Company
P. O. Box 8032
Stevens Point, WI  54481

IN RE:      Our Client:          Ray Curtis Jones, Jr.
            Our File No.:        596741
            Your Insured:        Taylor & Son Trucking & Evacuating
            Your Policy No.:     A0001043007
            DOI:                 09/26/17

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Miles Tate
Mid Western Insurance Alliance
201 E. Main St., Suite 400
Murfreesboro, TN  37130

IN RE:      Our Client:          Ray Curtis Jones, Jr.
            Our File No.:        596741
            Your Insured:        Taylor & Son Trucking & Evacuating
            Your Claim No.:      804849
            DOI:                 09/26/17

7

Tracy Wimer
Sedgwick Claims Management Services, Inc.
P. O. Box 14452
Lexington, KY 40512

IN RE:      Our Client:        Ray Curtis Jones, Jr.
            Our File No.:      596741
            Your Insured:      K086 Kroger East/Peyton's Mid-South
            Your Claim No.:    B830017404-0001-01
            DOI:               09/26/17

This /5ᵗʰ day of September, 2018.

_____
Counsel for Plaintiff

8

| AOC-105          Doc. Code: CI | | Case No. | 18-CI- 586 |
| --- | --- | --- | --- |
| Rev. 1-07 | | | |
| Page 1 of 1 | | Court | ☑ Circuit ☐ District |
| Commonwealth of Kentucky | | | |
| Court of Justice   www.courts.ky.gov | | County | Madison |
| CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | | |

PLAINTIFF

Ray Curtis Jones, Jr.

VS.

DEFENDANT

Kroger Limited Partnership I

**Service of Process Agent for Defendant:**

Corporation Service Company

421 West Main Street

| Frankfort | Kentucky | 40601 |
| --- | --- | --- |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

> You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

> The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _9 - 14_, 2 _018_          _Allee Whicker_          Clerk

By: _HRose_          D.C.

| **Proof of Service** |
| --- |
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| _____ |
| this _____ day of _____, 2_____. |
| Served by: _____ |
| _____ Title |